```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A03-0075--CV (JWS)
                     "WILLIAM M. ALSTON ET AL V MOA ET AL"

             Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/01/03
            Closed: 11/04/03

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 04/01/03 receipt # 00120073
          Trial by: Jury
```

```
Parties of Record:                       Counsel of Record:

PLF 1.1          ALSTON, WILLIAM M.         Charles M. Merriner
                                            3934 Apollo Drive
                                            Anchorage, AK 99504
                                            907-333-2946
                                            FAX 907-337-9359

PLF 2.1          O'HARA, TIMOTHY S.         Charles M. Merriner
                                            (see above)

DEF 1.1          ANCHORAGE, MUNICIPALITY OF Joyce W. Johnson
                                            Municipal Attorney's Office
                                            POB 196650
                                            Anchorage, AK 99519-6650
                                            907-343-4545

DEF 2.1          ANCHORAGE POLICE DEPT,     Joyce W. Johnson
                 MUNICIPALITY OF            (see above)

DEF 3.1          GOLDBERG, WILLIAM CHRISTOPHER  Joyce W. Johnson
                                            (see above)

DEF 4.1          DOOR, GORDON               Joyce W. Johnson
                                            (see above)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A03-0075--CV (JWS)
                      "WILLIAM M. ALSTON ET AL V MOA ET AL"

                              For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 04/01/03
           Closed: 11/04/03

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 04/01/03 receipt # 00120073
         Trial by: Jury
```

```
Document #   Filed      Docket text

    1 -  1   04/01/03   DEF 1-2 Notice of Removal of state court action 3AN-03-5274 CI w/att
                        exhs.

    2 -  1   04/01/03   DEF 1-2 Attorney Appearance of Joyce Weaver Johnson on behalf of MOA and
                        MOA Police Dept.

    3 -  1   04/01/03   DEF 1-2 Notice of Filing and Designation of State Court Proceeding
                        Records w/att exhs.

    4 -  1   04/01/03   DEF 1-2 Notice to Adverse Parties of Filing of Notice of Removal.

    5 -  1   04/01/03   DEF 1-2 Service List.

    6 -  1   04/01/03   DEF 1-2 Answer to Complaint.

    7 -  1   04/01/03   DEF 1-2 Jury Demand.

    8 -  1   04/04/03   JWS Minute Order subsequent to removal that w/in 10 days petitioners to
                        file copies of state court docs & svc list.  cc: cnsl

    9 -  1   04/29/03   PLF 1-2 motion to remand to state court.

   10 -  1   05/15/03   DEF 1-2 motion for extension of time until 5/23/03 to file opposition to
                        motion to remand.

   11 -  1   05/23/03   DEF 3-4 Attorney Appearance of Joyce Weaver Johnson.

   12 -  1   05/23/03   DEF 3-4 Notice of consent to remove action to United States District
                        Court.

   13 -  1   05/23/03   DEF 1 oppo PLF 1-2 mot to remand to state crt (9-1).

   14 -  1   05/29/03   JWS Minute Order granting mot for ext of time until 5/23/03 to file oppo
                        to mot to remand (10-1). cc: cnsl

   15 -  1   06/05/03   JWS Minute Order that plf file proofs of svc on defs served and proceed
                        to serve per FRCvP 4(m). cc: cnsl
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0075--CV (JWS)
"WILLIAM M. ALSTON ET AL V MOA ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 16 - | 1 | 06/05/03 | DEF 3-4 Jury Demand. |
| 17 - | 1 | 06/05/03 | DEF 3-4 Answer to Complaint. |
| 18 - | 1 | 07/02/03 | JWS Order denying motion to remand to state court (9-1). cc: cnsl |
| 19 - | 1 | 07/02/03 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 20 - | 1 | 08/19/03 | JWS Minute Order that no Rule 16(b) rpt was fld in response to MO; stat rpt due w/i 15 days. cc: cnsl |
| 21 - | 1 | 08/25/03 | PLF 1-2 Unopposed motion/stipulation to continue time for filing initial case status report. |
| 22 - | 1 | 08/26/03 | JWS Order granting unoppo mot/stip to continue time for filing initial case stat rpt (21-1); rpt due 9/4/03. cc: cnsl |
| 23 - | 1 | 09/03/03 | PLF 1-2; DEF 1-4 Unopposed motion for ext to 9/18/03 to file 16b report |
| 23 - | 2 | 09/04/03 | JWS Order granting unopposed mot for ext to 9/18/03 to file 16b report (23-1). cc: cnsl |
| 24 - | 1 | 09/17/03 | PLF 1-2 Unopposed motion to continue deadline until 10/20/03 for filing initial case status report. |
| 24 - | 2 | 09/18/03 | JWS Order granting unoppo mot to continue ddln until 10/20/03 for filing initial case stat rpt (24-1). cc: cnsl |
| 25 - | 1 | 10/28/03 | JWS Minute Order that parties file Rule 16(b) rpt by 11/3/03 or case dism w/o prej for failure to comply w/crt's ords. cc: cnsl |
| 26 - | 1 | 10/31/03 | Stipulation for dismissal w/prej |
| 26 - | 2 | 11/04/03 | JWS Order approving stip for dismissal w/prej (26-1). cc: cnsl |